**DENY; and Opinion Filed March 6, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00186-CV

## IN RE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, Relator

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-13467**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang, and Brown
Opinion by Justice Brown

The Court has before it the petition for writ of mandamus filed by the Texas Department of Family and Protective Services in which relator alleges the trial court abused its discretion by denying discovery requests with regard to real party's past and present health care records and information and in denying relator's request for an independent mental examination. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown it is entitled to the relief requested. See TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, the Court **DENIES** the petition for writ of mandamus.

/Ada Brown/
ADA BROWN
JUSTICE

140186F.P05